| STATE OF INDIANA | ) | IN THE ADAMS SUPERIOR COURT |
| --- | --- | --- |
| | ) SS: | |
| COUTY OF ADAMS | ) | CAUSE NO.  01D01-2002-CT-000004 |

Adams Superior Court 1

BARBARA MONTEZ AND MARTIN )
SEIFERT, TRUSTEE OF THE )
BANKRUPTCY ESTATE OF BARBARA )
MONTEZ, )
                                           )
       Plaintiff, )
                                           )
v. )
                                           )
WAL-MART STORES EAST, LP d/b/a )
WALMART SUPERCENTER, )
                                           )
      Defendant. )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW, Barbara Montez and Martin Seifert ("Plaintiff"), by counsel, Glaser & Ebbs, alleges and seeks relief as follows:

1. On or about August 4, 2018, Plaintiff was a resident of Allen County, State of Indiana.

2. At all times relevant herein, Plaintiff Martin Seifert, was and is the Trustee of the Bankruptcy Court, Northern District of Indiana, Fort Wayne Division. Plaintiff Barbara Montez filed for protection under Chapter 7 of the United States Bankruptcy Code on October 17, 2018.

3. On or about August 4, 2018, Wal-Mart Stores East, LP d/b/a Walmart ("Defendant Walmart") was a foreign limited partnership licensed and doing business in the State of Indiana.

4. On or about August 4, 2018, Plaintiff was on the premises of property (located at or near 1700 South 13th Street, Decatur, Indiana 46733) that was owned, operated, managed, and/or maintained by Walmart.

5. As Plaintiff was walking on the above-referenced premises, she fell forward landing on pavement when her walker wheel hit a pothole in the parking lot on the premises that was owned, managed, and/or operated by Defendant Walmart.

6. Plaintiff's fall was a direct and proximate result of the negligence of Defendant Walmart, such negligence including but not limited to failure to timely remediate dangerous conditions on its premises and otherwise maintain the premises in a reasonably safe condition.

7. As a direct and proximate result of the negligence of Defendant Walmart, Plaintiff has suffered personal injuries.

WHEREFORE, Plaintiff, Barbara Montez and Martin Seifert, by counsel, prays that a judgment be entered in her favor and against Wal-Mart Stores East, LP d/b/a Walmart, in an amount commensurate with her damages, and for all other just and proper relief in the premises.

Respectfully submitted,

**GLASER & EBBS**

/s/ Michael A. Busching
Michael A. Busching (21563-29)
132 E. Berry
Fort Wayne, IN 46802
Tel: (260) 424-0954
COUNSEL FOR PLAINTIFF